THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Derrek Young, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Derham Cole, Circuit Court Judge
Unpublished Opinion No. 2008-UP-091 

Submitted February 1, 2008  Filed
 February 8, 2008   
AFFIRMED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Assistant Attorney General Norman Mark Rapoport, all of Columbia; and Solicitor
 Harold W. Gowdy, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Derrek
 Young pled guilty to two counts of
 trafficking in powder cocaine over twenty-eight grams.  Young appeals, arguing
 the plea judge erred in considering the two counts as two strikes against him,
 rather than just one.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority:  State v.
 Thomason, 341 S.C. 524, 526, 534 S.E.2d 708, 710 (Ct. App. 2000) (A guilty
 plea generally acts as a waiver of all non-jurisdictional defects and defenses.).  
AFFIRMED. 
HEARN,
 C.J., PIEPER, J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.